# UNITED STATES DISTRICT COURT
## Southern District of Georgia

Allison S. Phillips

**SUMMONS IN A CIVIL CASE**

V.

David Emanuel Academy, Inc.

CASE NUMBER:   6:16-cv-162-JRH-GRS

TO: (Name and address of Defendant)

David Emanuel Academy, Inc.
c/o Martha Collins, Registered Agent
602 North 4th Street
Stillmore, GA 30464

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

V. Sharon Edenfield

Edenfield, Cox, Bruce & Classens, P.C.

P.O. Box 1700

Statesboro, GA 30459

an answer to the complaint which is served on you with this summons, within ____21____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff                                              12/01/2016

CLERK                                                        DATE

(By) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.