EEOC Form 161-B (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Allison S. Phillips<br>Post Office Box 72<br>Nunez, GA 30448 | From: | Savannah Local Office<br>7391 Hodgson Memorial Drive<br>Suite 200<br>Savannah, GA 31406 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 415-2016-00675 | Diego Torres,<br>Investigator | (912) 920-4492 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be **filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

Bernice Williams-Kimbrough,
Director

AUG 2 5 2016
*(Date Mailed)*

cc: Martha Collins
Human Resources
DAVID EMANUEL ACADEMY
Post Office Box 400
Stillmore, GA 30464

Vanessa Flournoy
1101 11th. Street
Augusta, GA 30901

EXHIBIT
1

Enclosure with EEOC
Form 161-B (11/09)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161-B (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Allison Phillips<br>P O Box 72<br>Nunez, GA 30448 | From: | Savannah Local Office<br>7391 Hodgson Memorial Drive<br>Suite 200<br>Savannah, GA 31406 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 415-2016-00518 | Diego Torres,<br>Investigator | (912) 920-4492 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Bernice Williams-Kimbrough,
Director

AUG 2 4 2016
(Date Mailed)

Enclosures(s)

cc:
Vanessa Flournoy, Esq.
1101 11th Street
Augusta, GA 30901

Martha Collins
Human Resources Director
DAVID EMANUEL ACADEMY
P.O. Box 400
Stillmore, GA 30464

Enclosure with EEOC
Form 161-B (11/09)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you** *receive* **this Notice.** Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request** <u>within 6 months</u> **of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 415-2016-00675 |

and EEOC
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Allison S. Phillips | (706) 496-0204 | 10-21-1966 |

Street Address / City, State and ZIP Code
Post Office Box 72, Nunez, GA 30448

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DAVID EMANUEL ACADEMY | 15 - 100 | (912) 562-4405 |

Street Address / City, State and ZIP Code
Post Office Box 400, Stillmore, GA 30464

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-25-2016   Latest: 05-05-2016
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was hired in January 2007, as Track Coach, by the above named employer. I am currently employed as the Assistant Athletic Director, a Physical Education (P.E.) Teacher and a Coach. Since the arrival of Mr. Em Hubbard, Head of School, in August in 2012 and up to the present, unlike Caucasian Teachers, Program Administrators and Coaches, I have not been paid for coaching activities. I am the only African American employed. From September 2015 through March 21, 2016, I complained about the disparate treatment to Clint Inman, Athletic Director, Kevin Grinner, Board of Trustees Member and Steven Taylor, Chairman of the Board. After I complained, Mr. Hubbard micro-manages me unlike other staff. He stops outside of my P.E. class and stares at me, as to intimidate me and force me to quit. March 23, 2016, I filed a charge of discrimination with the EEOC; subsequently, Mr. Hubbard has intimidated, harassed and denied me a contract for the upcoming year.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: May 12, 2016
Charging Party Signature: /s/ Allison Phillips

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
RECEIVED MAY 12 2016
EEOC-SLO

EXHIBIT 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA<br>☒ EEOC | 415-2016-00675 |
| | | and EEOC |

State or local Agency, if any

II. Mr. Hubbard told me that he pays me for P.E. No reason was given for subjecting me to the different terms and conditions of employment.

III. I believe that I have been discriminated against because of my race, African American, and subjected to retaliation for participating in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 12, 2016
Date                  Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED MAY 12 2016 EEOC-SLO

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 415-2016-00518 |

and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Allison Phillips | (706) 496-0204 | 10-21-1966 |

Street Address: P O Box 72, Nunez, GA 30448

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DAVID EMANUEL ACADEMY | 15 - 100 | (912) 562-4405 |

Street Address: P O Box 400, Stillmore, GA 30464

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-01-2012   Latest: 02-05-2016
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I. I was hired in January 2007, as Track Coach, by the above named employer. I am currently employed as the Assistant Athletic Director, a Physical Education (P.E.) Teacher and a Coach. Since the arrival of Mr. Em Hubbard, Head of School, in August in 2012 and up to the present, unlike Caucasian Teachers, Program Administrators and Coaches, I have not been paid for coaching activities. I am the only African American employed. From September 2015 through March 21, 2016, I complained about the disparate treatment to Clint Inman, Athletic Director, Kevin Grinner, Board of Trustees Member and Steven Taylor, Chairman of the Board. After I complained, Mr. Hubbard micro-manages me unlike other staff. He stops outside of my P.E. class and stares at me, as to intimidate me and force me to quit.

II. Mr. Hubbard told me that he pays me for P.E. No reason was given for subjecting me to the different terms and conditions of employment.

III. I believe that I have been discriminated against because of my race, African American, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3-23-2016 / Allison Phillips
Date / Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

MEMO

TO: Allison Phillips
CC: Ramsee Fields, Clint Inman
FROM: Em Hubbard
DATE: 3/29/16

Yesterday during our regular athletics administration meeting, Mr. Inman told me that you had approached him about getting extra pay for working with middle school track. He confirmed that you had attended a middle school track meet last week, that you were working with 6 middle school students to prepare them for competition, and that you intended to participate in two more middle school meets at Bulloch Academy over the next few weeks.

While I consider working with this small group of student-athletes to be a reasonable expectation for you to do under your defined job descriptions as middle school physical education teacher, varsity track coach, and assistant athletic director, I will accept Mr. Inman's recommendation for a small additional stipend.

If you continue to work with these students and if you attend and participate in the two upcoming middle school track meets, I will authorize an additional stipend of $150 for participating in the meets, plus $.50 per mile travel reimbursements for your trips to Bulloch Academy. The stipend will be paid in your April paycheck.





EXHIBIT 3

# Mail

COMPOSE

Inbox (4)
Starred
Sent Mail
Drafts
[Imap]/Sent
p
More

Search people...
    amedenfield
    Andy Sutton
    Anetra Edenfield
    awalden
    awalden
    bdixon
    Beth Wiggins
    carmenlewis
    ccanady
    Cindy Murray

## Fwd: School Contract   Inbox   x

**Allison Phillips** <aphillips@deaeagles.com>     12:09 PM (4
to me

---------- Forwarded message ----------
From: **Allison Phillips** <aphillips@deaeagles.com>
Date: Tue, Apr 26, 2016 at 10:19 AM
Subject: School Contract
To: Emeriel Hubbard <ehubbard@deaeagles.com>

I needed to know when will I receive my School Contract .I see others receive today on April 26. THANK YOU /ALLISON

---

Click here to Reply or Forward

Using 0.96 GB
Manage

Program Policies
Powered by


EXHIBIT 4

MEMO

TO: Allison Phillips
FROM: Em Hubbard, Head of School
DATE: 4/25/2016

Allison,

Our enrollment numbers are very low for Pre-K 3 and Pre-K 4 classes. Since the major portion of your duties is to serve as a teacher aide, I cannot offer you an employment agreement at this time because we may not need aides in those two classes due to small enrollment numbers.

I have already told the other teacher aide about the enrollment situation and that I also cannot ensure her employment for next year.

If you would like to be considered for other positions that may become available, please contact your college registrar's office and have them provide me with a copy of your transcript. A transcript is required to help me determine your qualifications for other duties, but there is no transcript in your personnel file.

CC: Terri Simmons, Lower School Coordinator





# A Little History



EXHIBIT 6

From its humble beginnings of instruction in only eight grade levels in the fall of 1969, David Emanuel Academy has grown to encompass pre-k through twelfth grades. Through these halls, traditions abound and a strong academic curriculum has set the pace for decades.

During the 1960's, an educational movement was taking place and the need for further instruction without the interference of government was at a peak. It was this push for reform that inspired local parents to refurbish two brick school buildings that had served in years past as Stillmore School. One of such buildings was an impressive two story Greek revival structure that housed an upstairs auditorium and remained in use until it was destroyed by fire on August 14, 2010.

In its first year of operation the school was directed by local business owner and parent, Mrs. Virginia Snell, and originally consisted of only grades first through eighth. Within the next year, under the supervision of Mr. David Beecher, the school's enrollment increased to encompass twelve grades. It was during his tenure that the school expanded its faculty and extracurricular offerings to help guide DEA into becoming the school it is today.

David Emanuel Academy currently draws students from 7 surrounding counties and has consistently produced both athletic and literary graduates who succeed in continuing an advanced education. It continues to be a cornerstone of success by nurturing a family atmosphere, providing strong academic curriculum, encouraging athletic involvement, and spiritually connecting them all together.



# Accreditation

David Emanuel Academy is accredited by the Southern Associa[tion of Independent] Schools (SAIS) and the Southern Association of Colleges and Sc[hools]

# Faculty & Trustees

ADMINISTRATIVE

LOWER SCHOOL (PRE-K - 6TH)

UPPER SCHOOL (7TH - 12TH)

ENRICHMENTS

ATHLETIC STAFF

### Baseball
Clint Inman
cinman@deaeagles.com

### Basketball (Girls)
TBA

### Basketball (Boys – Middle School)
TBA

### Basketball (Boys – Varsity)
Oliver Hubbard
ohubbard@deaeagles.com



### Cheerleading (Middle School)
Haylee Free
hfree@deaeagles.com

### Cheerleading (Varsity)
Amy Walden
awalden@deaeagles.com

### Cross Country
Michelle Lamm
mlamm@deaeagles.com

### Football
Clint Inman
cinman@deaeagles.com

### Golf
TBA

### Soccer (Girls)
Paul Nease
pnease@deaeagles.com

### Softball
Allen Jordan
ajordan@deaeagles.com

### Tennis
Kristi Flowers
kflowers@deaeagles.com

Track (Boys)
TBA

Track (Girls)
TBA



## SUPPORT STAFF

## BOARD OF TRUSTEES

### Basketball coaching/workouts June 7 and 9

Emeriel Hubbard <ehubbard@deaeagles.com>  
Thu, May 26, 2016 at 6:25 PM  
To: matthew.murdock@heulogics.com, Emeriel Hubbard <ehubbard@deaeagles.com>, Eric Smith <esmith@onelifeamerica.com>, Evelyn Hall <ehall@deaeagles.com>, Julie Smith <ejb07276@gmail.com>, Lynn Murdock <lmurdock@emanuel.k12.ga.us>, Michael Wells <mawells85@gmail.com>, Oliver Hubbard <oliverhubbard13@gmail.com>, Polly Smith <psmith@emanuel.k12.ga.us>, Rachel Wells <rachelaw90@gmail.com>, kltmercer@yahoo.com, "Billy E. Patterson" <billypatterson@seaislandbank.com>, Deadre Hadden <dghadden@pineland.net>, Sherri Patterson <sherrip920@hotmail.com>, Terry Lumley <aslmail@yahoo.com>, Kristi Flowers <kflowers@deaeagles.com>, shfaircloth27@gmail.com, Denny Overstreet <doverstreet@pineland.net>, looverstreet@dhr.state.ga.us, aslmail@yahoo.com, jtsbray@bellsouth.net, llo101552@aol.com  
Cc: Clint Inman <cinman@deaeagles.com>, ajordan@deaeagles.com

Dear Parents of Varsity Boys and Girls Basketball Players:

Oliver Hubbard has accepted the position of varsity girls head coach along with returning as varsity boys head coach. He is looking forward to working with both teams.

Oliver will also be helping year-round at DEA as assistant to Coach Inman and Kristi Flowers for middle school PE and athletics.

Coach Inman will be holding football workouts on Tuesdays and Thursdays throughout June from 10:00 AM until Noon and Coach Jordan has scheduled softball workouts at 5:00 PM on Mondays, Tuesdays, and Thursdays through June.

Oliver and I invite all boys and girls interested in basketball to attend basketball workouts on Tuesday and Thursday, June 7 and 9 from 1:00 to 2:30 PM.

The timing is purposeful so that those athletes who come to football strength and conditioning sessions can stay over for basketball and there is no conflict with girls softball practices.

For those who stay after football workouts, we will make sure the athletes get a snack before basketball begins.

We hope male and female players will want to continue to come to the gym to work on basketball skills twice per week in June and July, but we will determine future summer basketball dates based on how many show up on June 7 and 9.

Note: Players new to the program and rising 8th graders are welcome to attend these sessions.

If you have any questions or comments, please email me or call my mobile phone at 843/982-3619.

We are already looking forward to another exciting year of athletics at DEA in 2016-17! Go Eagles!

Warm regards,  
Em Hubbard

---

### Transmission Log

Sunday, 2016-05-29 05:18

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
|---|---|---|---|---|---|---|---|---|
| 2016-05-29 | 05:16 | SCAN | 08019 | 0:32 | 14400 | | 1 | OK -- V.17 AM31 |



EXHIBIT 7